UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62148-CIV-DAMIAN

**LILIAN ROXANA VALLEJO**,

      Petitioner,

v.

**DIRECTOR, U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

      Respondents.
_____/

**ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE [ECF NO. 7]**

**THIS CAUSE** is before the Court on Petitioner, Lilian Roxana Vallejo's ("Petitioner"), Motion for Issuance of Order to Show Cause Pursuant to 28 U.S.C. § 2243 [ECF No. 7] ("Motion"), filed October 30, 2025.

THE COURT has reviewed the Motion and the record in this case and is otherwise fully advised. On October 23, 2025, Petitioner filed a Verified Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief [ECF No. 1] ("Petition"), asserting a due process challenge to her arrest by immigration officials and alleging, in relevant part, that her detention is unlawful. In the Motion now before the Court, Petitioner requests an order from this Court directing Respondents to show cause why her Petition should not be granted. *See generally* Mot.

"Section 2241 provides a writ of habeas may issue to a prisoner . . . [who is] in custody in violation of the Constitution or laws or treaties of the United States." *Medberry v. Crosby*, 351 F.3d 1049, 1059 (11th Cir. 2003). The Eleventh Circuit has made clear that

"[t]he petition for writ of habeas corpus is the sole remedy for petitioners challenging the fact or duration of their imprisonment." *Vaz v. Skinner*, 634 F. App'x 778, 780 (11th Cir. 2015); *see also Gomez v. United States*, 899 F.2d 1124, 1125-26 (11th Cir. 1990) (citing *Preiser v. Rodriguez*, 411 U.S. 475, 504 (1973)). Upon entertaining a § 2241 habeas corpus petition, a court "shall forthwith award the writ of habeas corpus or issue an order directing the respondent to show cause why the writ should not be granted . . . . The writ[] or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.'" 28 U.S.C. § 2243.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion [**ECF No. 7**] is **GRANTED** as follows:

1. Counsel for Respondents shall immediately, in writing, notify the Court of receipt of this Order and the name of the attorney(s) to whom the case is assigned.

2. On or before **December 31, 2025**, Respondents shall file a memorandum of fact and law ("Response") to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition. *See* 28 U.S.C. § 2243 (requiring that a response to an order to show cause "be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

3. Counsel for Respondents are instructed to caption the response a "Response" and not a "Motion to Dismiss."

4. Petitioner may, but is not required to, file a reply within **seven (7) days** after Respondents file their response. Any such reply shall not exceed ten (10) pages. *See* S.D. Fla. L.R. 7.1(c).

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 19th day of November, 2025.

                                                                            _____
                                                                            **MELISSA DAMIAN**
                                                                            **UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record